# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| AMIR RASHEID ALLEN, </br></br>Petitioner,</br></br>v.</br></br>DANIEL P. BURNS, Superintendent, THE DISTRICT ATTORNEY OF ALLEGHENY COUNTY, and THE ATTORNEY GENERAL OF THE STATE OF PENNSYLVANIA,</br></br>Respondents. | Civil Action No. 2: 13-cv-1776</br></br>Senior District Court Judge</br>Terrence F. McVerry |

## MEMORANDUM ORDER

Pending before the Court is the Petition for Writ of Habeas Corpus filed by Petitioner, Amir Rasheid Allen (ECF No. 4), challenging the judgment of sentence that was imposed upon him by the Court of Common Pleas of Allegheny County on January 3, 2007. The matter was referred to United States Magistrate Judge Cynthia Reed Eddy for pretrial proceedings in accordance with the Magistrate Judges Act, 28 U.S.C. § 636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules of Court for Magistrate Judges.

The magistrate judge filed a Report and Recommendation on May 25, 2016 (ECF No. 18) recommending that the Petition for Writ of Habeas Corpus be denied and that no certificate of appealability be issued. Petitioner was served with the Report and Recommendation at his listed address and was advised that he had until June 13, 2016, to file written objections to the Report and Recommendation. To date, no objections have been filed nor has Petitioner sought an extension of time in which to do so.

After *de novo* review of the petition and documents in the case, together with the Report and Recommendation, the following order is entered:

**AND NOW**, this 24th day of June, 2016:

**IT IS ORDERED** that the instant petition for writ of habeas corpus is **DENIED**.

**IT IS FURTHER ORDERED** that no certificate of appealability shall issue.

**IT IS FURTHER ORDERED** that the Report and Recommendation filed May 25, 2016 (ECF No. 18) is adopted as the opinion of the Court.

**IT IS FURTHER ORDERED** that the Clerk of Court mark this case **CLOSED.**

**AND IT IS FURTHER ORDERED** that pursuant to Rule 4(a)(1) of the Federal Rules of Appellate Procedure, Petitioner has thirty (30) days to file a notice of appeal as provided by Rule 3 of the Federal Rules of Appellate Procedure.

BY THE COURT:

s/ Terrence F. Mcverry
Terrence F. McVerry
Senior District Court Judge

cc: AMIR RASHEID ALLEN
GX-4384
S.C.I Forest Correctional Facility
P. O. BOX 307
Marienville, PA 16239
via U.S. First Class Mail)

Rusheen R. Pettit
Office of the District Attorney of Allegheny County
(via ECF electronic notification)